IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | No. CR-15-145-D |
| PAULINO MUNOZ-ALVARADO, and JUAN ADAME-HIDROGO, | ) | |
| Defendants. | ) | |

## FINAL ORDER OF FORFEITURE

Before the Court is Plaintiff's Motion for a Final Order of Forfeiture [Doc. No. 91]. Pursuant to 21 U.S.C. § 853, and Rule 32.2(b)(2), Federal Rule of Criminal Procedure, this Court entered Preliminary Orders of Forfeiture [Doc. Nos. 61 and 67] based on Defendants' pleas providing for the forfeiture of Defendants' right, title, and interest in the below-described property, and the Court's finding of requisite nexus between the property and the offense committed by Defendants.

(1) Rock River Arms model number LAR 15 rifle, bearing serial number CM152596, with scope bearing serial number CP-CR2032; and
(2) Any and all ammunition and magazines not specifically listed.

The Court's Orders further directed the Government to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for thirty (30) consecutive days beginning on October 28, 2015, and ending on November 26, 2015, for at least 18 hours per day. Copies of the Preliminary Orders of Forfeiture were also provided to the following parties:

(a) Notification to all counsel of record representing Defendants, by Notice of Electronic Filing on October 26, 2015, and December 18, 2015. *See* Notice of Electronic Filing confirmation, Exhibit 2 to Motion for Final Order of Forfeiture.

(b) Paulino Munoz-Alvarado, Defendant, by personal service via the U.S. Marshals Service on January 7, 2016. *See* Doc. 70, USM-285 Process Receipt and Return.

(c) Juan Adame-Hidrogo, Defendant, c/o Logan County Jail, by certified mail, receipt number 7014 3490 0000 6856 8346, on October 31, 2015. *See* Certified Mail Domestic Return Receipt, Exhibit 3 to Motion for Final Order of Forfeiture.

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of 21 U.S.C. § 853(n). Therefore, any third-party interests are barred by failure of those parties to file a petition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title, and interest to the above-described property is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including, Paulino Munoz-Alvarado and Juan Adame-Hidrogo, and shall be disposed of according to law.

That upon entry of this Order, the United States Marshals Service is directed to deliver the above-described property to the United States of America for disposition according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

IT IS SO ORDERED this 12th day of July, 2016.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE